In the Matter of BERNARD ABRAMSON et al., on Behalf of Themselves and All Others, Similarly Situated, Appellants, against COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK et al., Respondents.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.